FRANK J. MAELLARO, PLAINTIFF-APPELLANT, v. MADISON FINANCE COMPANY OF JERSEY CITY, A CORPORATION, DEFENDANT-RESPONDENT.

Argued October 20, 1943—Decided January 27, 1944.

For the plaintiff-appellant, *William Boorstein* and *Henry Pass*.

For the defendant-respondent, *Lindabury, Depue & Faulks* (*Burtis S. Horner*).

PER CURIAM.

The judgment below is affirmed in part upon the reasons stated in the opinion of the Supreme Court and in part upon the general view of the Small Loan Statute, *R. S.* 17:10–10, *et seq.,* expressed in our opinion in *Edelstein* v. *Hub Loan Co.,* 130 *N. J. L.* 511. Such portions of the opinion below as are directed toward the Supreme Court decision in the Edelstein case, 129 *N. J. L.* 497, are to be read in the light of the subsequent reversal, cited *supra,* of that decision.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.